SMITH *et al. v.* SMITH *et al.*

GILBERT, J.   The court did not err in refusing to grant an interlocutory injunction.    *Judgment affirmed.   All the Justices concur.*
No. 2008.   JANUARY 11, 1921.

Petition for injunction.   Before Judge Kent.   Laurens superior court.   March 27, 1920.

Mrs. E. Smith sold an automobile to Wright, but retained the title thereto.   Wright sold it to Willis C. Smith and Q. J. Matthews. Willis Smith sold it to other parties.   On February 17, 1920, Mrs. Smith instituted trover proceedings against Smith and Matthews. They filed an equitable petition setting up that she had consented to the sale by Wright to them; that at the time of the institution of the trover proceeding the automobile was in the possession of the sheriff of Laurens County, an execution in favor of Willis Smith against the persons to whom he had sold, for purchase-money, having been levied upon the same; that on February 5, 1920, Willis Smith had transferred the fi. fa. for a valuable consideration to one Champion; and that they were unable to produce the property or make forthcoming bond.   They prayed that the defendants be restrained by injunction from arresting them or requiring of them bond for the forthcoming of the automobile. The court granted a temporary restraining order, which upon the hearing was dissolved, and an interlocutory injunction was denied.   The plaintiffs excepted.

*William Brunson* and *Larsen & Crockett,* for plaintiffs.
*M. H. Blackshear* and *J. W. Harrell,* for defendants.